

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Matter of J.H.P., Jr., a Juvenile

No. 06-22-00069-CV

Appeal from the County Court at Law of Bowie County, Texas (Tr. Ct. No. 20JV0017-CCL). Memorandum Opinion delivered by Justice van Cleef, Chief Justice Stevens and Justice Rambin participating.

      As stated in the Court's opinion of this date, we find no error in the transfer order of the court below. We affirm the trial court's transfer order.

      We note that the appellant has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED APRIL 26, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk